OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4916 |

www.ca3.uscourts.gov

February 9, 2007

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 05-4909**
    **USA  vs. Walker**
    **D.C. Criminal No. 00-cr-00300-3**

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

> Very truly yours,
> MARCIA M. WALDRON
> Clerk
>
> By:  /s/ Anthony Infante
>      Anthony W. Infante
>      Case Manager

Enclosure

cc:
    Christy H. Fawcett, Esq.
    Mr. Ahmed Walker